430 A.2d 1159

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Robert M. PRESSMAN, Respondent.

No. 265 Disciplinary Docket No. 1.

Supreme Court of Pennsylvania.

Argued June 24, 1981.

Decided July 2, 1981.

Allen B. Zerfoss, Harrisburg, John W. Herron, Deborah A. Cackowski, Philadelphia, for petitioner.

Herbert Braker, Philadelphia, for respondent.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

There having been entered by this Court an Order dated March 16, 1981, suspending ROBERT M. PRESSMAN immediately and a rule issued upon him to show cause why he should not be disbarred from the practice of law, upon consideration of the briefs filed and oral argument presented, it is

ORDERED that the Rule be and is hereby discharged; and it is further

ORDERED that the said ROBERT M. PRESSMAN be and is hereby suspended from the Bar of the Commonwealth of Pennsylvania for the period of two (2) years commencing March 16, 1981.

KAUFFMAN, J., would disbar.